FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 2 2012

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**Filed: 02/17/12**
**U.S. District Court**
**East Dist. of MI Detroit**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

MDL No. 2311

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On February 7, 2012, the Panel transferred 1 civil action(s) to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Eastern District of Michigan. With the consent of that court, all such actions have been assigned to the Honorable Marianne O Battani.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Battani.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Michigan for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Marianne O Battani.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

| |
|---|
| Inasmuch as no objection is pending at this time, the stay is lifted. |
| **Feb 17, 2012** |
| CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the foregoing is a true copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By *Sarah Schoenherr*
Deputy Clerk

**IN RE: AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION**                                    MDL No. 2311

### SCHEDULE CTO-1 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ALABAMA SOUTHERN**

ALS    1    11–00696    Sirmon et al v. Delphi Automotive LLP et al    12-10675

**ARKANSAS EASTERN**

ARE    4    11–00757    Landers Auto Group Number One Inc v. Delphi Automotive Systems LLC et al    12-10676

**CALIFORNIA NORTHERN**

CAN    3    11–05057    Nicoud v. Furukawa Electric Company LTD et al    12-10677
CAN    3    11–05477    Budner et al v. Delphi Automotive LLP et al    12-10678
CAN    3    12–00258    Maravilla et al v. Delphi Automotive LLP et al    12-10679
CAN    4    11–05301    Kelly et al v. Delphi Automotive LLP et al    12-10680

**DISTRICT OF COLUMBIA**

DC    1    11–01892    MARTENS CARS OF WASHINGTON INC. v. FURUKAWA ELECTRIC CO., LTD. et al    12-10681

**LOUISIANA EASTERN**

LAE    2    11–03177    Muscara v. Delphi Automotive, LLP et al    12-10682
LAE    2    12–00003    Brock et al v. Delphi Automotive, LLP et al    12-10683
LAE    2    12–00048    Keifer v. Delphi Automotive, LLP et al    12-10684
LAE    2    12–00062    Byrne et al v. Delphi Automotive, LLP et al    12-10685
LAE    2    12–00171    Josefsberg v. Delphi Automotive, LLP et al    12-10686

**MINNESOTA**

MN    0    11–03092    Superstore Automotive, Inc. v. Delphi Automotive, LLP et al    12-10687

**MISSISSIPPI SOUTHERN**

MSS    3    11–00647    12-10688

Hammett Motor Company, Inc. v. Delphi Automotive
LLP et al

PUERTO RICO

PR  3  11–02176  Crespo v. Delphi Automotive LLP et al  12-10689

WEST VIRGINIA SOUTHERN

WVS  5  12–00079  Nickell v. Delphi Automotive LLP  12-10690